JS-6

FILED
CLERK, U.S. DISTRICT COURT

June 8, 2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# THE UNITED STATES COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WESLEY CORPORATION, a Michigan corporation,**<br><br>**Plaintiff,**<br>vs.<br><br>**AUDOORMATICS USA, INC., a California corporation, and DOES 1 thru 10 inclusive,**<br><br>**Defendants.** | Case No. 2:17-cv-02803-SJO-GJS<br><br>FINAL CONSENT JUDGMENT AND PERMANENT INJUNCTION |

WHEREAS, Plaintiff Wesley Corporation ("Wesley") and Defendant Audoormatics USA, Inc. ("AUI") have stipulated and jointly moved for entry of final judgment as follows:

| | |
|---|---|
| 1 | WHEREAS, Welsey and AUI entered into a Confidential Settlement |
| 2 | Agreement ("Settlement Agreement") that disposes of all the claims in this Action; |
| 3 | and |
| 4 | WHEREAS, pursuant to the Settlement Agreement, Wesley and AUI have |
| 5 | agreed to the entry of a Final Consent Judgment and Permanent Injunction that |
| 6 | provides as follows: |
| 7 | 1. That this Court has subject matter jurisdiction over this action as well as |
| 8 | personal jurisdiction over Wesley and AUI. |
| 9 | 2. That venue is proper in this judicial district. |
| 10 | 3. That Wesley is the owner of U.S. Patent No 8,701, 552 ("the '552 patent" |
| 11 | or the "Patent-in-Suit"). |
| 12 | 4. That Wesley is the owner of the U.S. Trademark Registration No. |
| 13 | 4,164,154 granted June 26, 2012 for the mark "STUFZ". ( The "STUFZ" mark or |
| 14 | the "trademark-in-suit") |
| 15 | 5. That the trademark-in-suit is valid and duly issued by the US Patent and |
| 16 | Trademark Office. |
| 17 | 6. That the patent-in-suit is valid and duly issued by the US Patent and |
| 18 | Trademark Office. |
| 19 | 7. That AUI has used, manufactured, sold, offered for sale, and/or imported |
| 20 | into the U.S. versions of AUI's "STUFZ" (hereinafter "Accused Product"), as |
| 21 | depicted in Exhibit 3 to the Complaint filed April 12, 2017 and further set forth in |
| 22 | Exhibit A hereto. |
| 23 | 8. That AUI has used, manufactured, sold, offered for sale, and/or imported |
| 24 | in the U.S. versions of the Accused Products. |
| 25 | 9. Pursuant to the Patent Act, 35 U.S.C. § 283 and The Lanham Act, 15 |
| 26 | U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and 35 U.S.C. Sec 1 et seq, AUI |
| 27 | together with their officers, members, directors, agents, servants, employee and |
| 28 | affiliates thereof, representative and attorneys, and all persons acting or attempting |

to act in concert or participation with them, are permanently enjoined and restrained from making, using, offering to sell, selling, or distributing within the United States, its territories and possession, or by importing into the United States, its territories and possession, the Accused Products, or any other goods that are no more than colorable variations thereof and that infringe the patent-in-suit or trademark-in-suit, during the life of the patents-in-suit or trademark-in-suit.

10. The Final Judgment shall be entered in favor of Welsey against AUI on Wesley's causes of action for infringement of the patents-in-suit and trademark-in-suit.

11. That the claims asserted in this litigation, be dismissed with prejudice.

12. That no other or further relief be granted to Wesley or AUI with respect to each other.

13. That Wesley and AUI affirmatively waive any and all rights to appeal this Final Consent Judgment and Permanent Injunction.

14. That each party will bear its own costs and attorneys' fees for this action.

15. That this Court retain jurisdiction to monitor and enforce compliance with the Permanent Injunction.

IT IS SO ORDERED AND DECREED, AND FINAL JUDGMENT IS HEREBY GRANTED

DATED: 6/8/17  _____
Hon. S. James Otero